## THOMAS GOUDIE *v.* ANNE MONA GOUDIE
## (6332)

BORDEN, STOUGHTON and NORCOTT, Js.

Argued October 19—decision released November 7, 1988

*Anne D. Goudie,* pro se, the appellant (defendant).

*Gregory P. Lynch,* with whom, on the brief, was *Theodore R. Tyma,* for the appellee (plaintiff).

PER CURIAM. There is no error.